NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Daverlynn Kinkead v. Humana, Inc., et al   Docket No.: 16-3593

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Philip Bohrer

Firm: BOHRER BRADY, LLC

Address: 8712 Jefferson Highway, Suite B, Baton Rouge, Louisiana 70809

Telephone: (225) 925-5297   Fax: (225) 231-7000

E-mail: phil@bohrerbrady.com

Appearance for: Plaintiff/Respondent
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Dan Getman, Getman & Sweeney )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

---

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 31, 2016   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/Philip Bohrer

Type or Print Name: Philip Bohrer