## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Daverlynn Kinkead v. Humana, Inc., et al        Docket No.: 16-3593

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Michael J. D. Sweeney

Firm: GETMAN & SWEENEY

Address: 9 Paradies Lane, New Paltz, New York 12561

Telephone: (845) 255-9370        Fax: (845) 255-8649

E-mail: msweeney@getmansweeney.com

Appearance for: Plaintiff/Respondent
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Dan Getman, Getman & Sweeney )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on July 5, 2012        OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/Michael J.D. Sweeney

Type or Print Name: Michael J.D. Sweeney