## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Kinkead v. Humana, Inc.     Docket No.: 16-3593

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: William C. Ruggiero, Esq.

Firm: Ogletree, Deakins, Nash, Smoak & Stewart,

Address: 281 Tresser Boulevard, Suite 602, Stamford, CT 06901

Telephone: 203-969-3112     Fax: 203-969-3150

E-mail: william.ruggiero@ogletreedeakins.com

Appearance for: Humana, Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Marc L. Zaken/Ogletree Deakins Nash Smoak & Stewart )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: William C. Ruggiero, Esq.