D. Conn.<br>
15-cv-1637<br>
Meyer, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of January, two thousand seventeen.

Present:
    Reena Raggi,
    Denny Chin,
    Raymond J. Lohier, Jr.,
        *Circuit Judges*.

Daverlynn Kinkead, individually and on behalf of all others similarly situated,

        *Respondent*,

v.  16-3593

Humana at Home, Inc., et al.,

        *Petitioners*.

Petitioners move, pursuant to 28 U.S.C. § 1292(b), for leave to appeal an interlocutory order of the district court. Upon due consideration, it is hereby ORDERED that the petition is DENIED. *See Klinghoffer v. S.N.C. Achille Lauro Ed Altri-Gestione Motonave Achille Lauro in Amministrazione Straordinaria*, 921 F.2d 21, 23–25 (2d Cir. 1990).

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk of Court

